PER CURIAM.

(No. 75-CC-753—

CHICAGO AVENUE MOTORS INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF GENERAL SERVICES, Respondent.

*Opinion filed April 9, 1975.*

CHICAGO AVENUE MOTORS INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J. KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.